UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARMANDO ABREU,

         Petitioner,

    v.

R. BINKELE,

         Respondent.

Case No. 17-cv-00870-HSG (PR)

**JUDGMENT**

The Court has dismissed this action without prejudice.  The Clerk shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  4/20/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge